UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD RENE GARRETT,

          Plaintiff,           Case No. 2:19-cv-10837
                                           Hon. Avern Cohn
v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, ET. AL.,

          Defendants.
_____/

**ORDER SUMMARILY DISMISSING COMPLAINT**

Ronald Rene Garrett, filed a pro se complaint on March 20, 2019. Plaintiff did not pay the required filing fee when he filed his complaint, nor did he submit a properly completed application to proceed in forma pauperis. The Court issued an Order to Correct Deficiency on March 28, 2019, requiring Plaintiff to either pay the filing fee or submit a properly completed in forma pauperis application. The order provided that if Petitioner did not submit the fee or IFP application by April 29, 2019, his case could be dismissed.

The time for submitting the filing fee or IFP application has elapsed and Plaintiff has failed to correct the deficiency. Accordingly, Plaintiff's complaint

is **DISMISSED WITHOUT PREJUDICE** for want of prosecution. See FED. R. CIV. P. 41(b), *Erby v. Kula*, 113 F. App'x. 74, 75-6 (6th Cir. 2004); *Davis v. United States*, 73 F. App'x. 804, 805 (6th Cir. 2003).

**IT IS SO ORDERED.**

s/Avern Cohn
Hon. Avern Cohn
United States District Judge

Dated: May 2, 2019